RECEIVED
IN LAKE CHARLES, LA.

NOV 16 2011

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JIHAD CHASE<br>     FED. REG. # 32237-007<br>VS.<br><br>WARDEN, FEDERAL CORRECTIONAL<br>CENTER, OAKDALE | CIVIL ACTION NO. 11-1235<br><br>SECTION P<br>JUDGE MINALDI<br><br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 15th day of November, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE